# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Maloney, Paul L. | District Court, WD MI | 05/08/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

410 W. Michigan Ave.
Kalamazoo, MI 49007

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1995-2007 | State Judicial Pension calculated based on years of service-Commence Drawing Pension January 2010 |
| 2. 1995-2007 | Berrien County Pension calculated based on years of service-Commenced Drawing Pension January 2010 |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. 2019 | State of Michigan Judicial Pension | $48,624.00 |
| 2. 2019 | Berrien County, MI Pension | $15,500.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | State of Michigan Teacher Pension |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maloney, Paul L.** | 05/08/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage Account # 1 (H) | | | | | | | | | |
| 2. -UBS Bank USA Dep Acct | A | Interest | J | T | | | | | |
| 3. -UBS Pace Money Market INV Fund Class P | A | Dividend | J | T | | | | | |
| 4. --Amer Century Short Duration Inflation Prot Bond A | A | Dividend | J | T | | | | | |
| 5. --Invesco Small Cap Value Class A | A | Dividend | J | T | | | | | |
| 6. --AIG Focused Dividend Strategy Fund Class W fna Sum America Focused | A | Dividend | J | T | | | | | |
| 7. --Compass Risk MG DVD GR 1 | A | Dividend | J | T | | | | | |
| 8. --Copeland Risk Mgmt DVD Growth 1 | A | Dividend | | | Sold | 10/11/19 | J | A | |
| 9. --Hartford World Bond Fund 1 | A | Dividend | J | T | | | | | |
| 10. --Victory Sycamore Establ. Value Fund | A | Dividend | J | T | | | | | |
| 11. --Putnam Equity Income Fund YSHS | A | Dividend | J | T | | | | | |
| 12. --Pioneer Multi-Asset Ultrashort Income | A | Dividend | | | Sold | 10/11/19 | J | A | |
| 13. --Nuveen Real Estate Securities Fund 1 | A | Dividend | J | T | | | | | |
| 14. --Virtus Small Cap Sust Gw 1 | A | Dividend | J | T | | | | | |
| 15. --Pimco Income Fund Class P | A | Dividend | J | T | | | | | |
| 16. --Polen Growth Fund Class 1 | A | Dividend | J | T | | | | | |
| 17. --John Hancock Intl Growth Fund A | A | Dividend | J | T | Sold (part) | 10/10/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Maloney, Paul L. | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. --American Funds New World Fund Class F | A | Dividend | J | T | Buy (add'l) | 10/10/19 | J | | |
| 19. --Columbia Strategic Income Fund Class Institutional | A | Dividend | J | T | | | | | |
| 20. --Icon Emerging Mkts Class S | A | Dividend | J | T | Sold (part) | 10/10/19 | J | A | |
| 21. --JP Morgan Large Cap Growth Fund Class 1 | A | Dividend | J | T | | | | | |
| 22. --Angel Oak Multi-Strategy Income Fund Class Intl | A | Dividend | J | T | | | | | |
| 23. --Guggenheim Total Return Bond Fund Class Instit. | A | Dividend | J | T | | | | | |
| 24. --Hartford Mid-Cap Class 1 | A | Dividend | J | T | | | | | |
| 25. --Trans America Intl Equity 1 | A | Dividend | J | T | | | | | |
| 26. --Lord Abbett Ultra Short Bond Fund Class F | A | Dividend | | | Sold | 10/11/19 | J | A | |
| 27. --AQR US Defensive Equity Fund Class 1 | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 28. --Vanguard Intl Growth Fund Admiral | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 29. --Thornburg LTD Term Income Class 1 | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 30. --Lord Abbett Short Duration Income Fund Class F | A | Dividend | J | T | Buy | 10/10/19 | J | | |
| 31. Brokerage Account #2 (H) | | | | | | | | | |
| 32. --Apple Computer Common Stock | B | Dividend | M | T | | | | | |
| 33. --UBS Deposit Acct | A | Dividend | J | T | | | | | |
| 34. --Illinois Tool Works common stock | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maloney, Paul L.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. --McKesson common stock | A | Dividend | J | T | | | | | |
| 36. --Schlumberger common stock | A | Dividend | K | T | Buy<br>(add'l) | 04/02/19 | J | | |
| 37. --Norfolk Southern RR common stock | A | Dividend | K | T | | | | | |
| 38. --Starbucks common stock | A | Dividend | K | T | | | | | |
| 39. --Guggenheim Dir Alloc | A | Dividend | K | T | | | | | |
| 40. --Boeing common stock | A | Dividend | K | T | | | | | |
| 41. --Henderson Global Investors European Focus | A | Dividend | J | T | | | | | |
| 42. --Intel common stock | A | Dividend | K | T | | | | | |
| 43. --Eversource Energy Corp common stock | A | Dividend | J | T | | | | | |
| 44. --VP common stock | A | Dividend | J | T | | | | | |
| 45. -- Delta Airlines common stock | A | Dividend | J | T | | | | | |
| 46. --Gilead Sciences | A | Dividend | J | T | | | | | |
| 47. --Thermo Fisher Scientific | A | Dividend | K | T | | | | | |
| 48. --Alibaba Grp Holding commons stock | A | Dividend | J | T | | | | | |
| 49. --Colgate Palmolive common stock | A | Dividend | J | T | | | | | |
| 50. --Unts AAM Dividend Ruler Portfolio Ser 2018D | A | Dividend | K | T | | | | | |
| 51. --Kontoor Brands Common Stock | A | Dividend | J | T | Buy | 10/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maloney, Paul L.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.   --Davis Select Intl ETF | A | Dividend | K | T | Buy | 10/10/19 | J | | |
| 53.   Brokerage Account #3 (H) | | | | | | | | | |
| 54.   --Pace Large Company Growth Equity Investment Fund Class | A | Dividend | J | T | | | | | |
| 55.   --Pace Intl Emerg Mkts Equity Class P | A | Dividend | J | T | | | | | |
| 56.   --Lrg Comp Value Equity Fund Class P | A | Dividend | J | T | | | | | |
| 57.   --Pace Intl Equity Fund Class P | A | Dividend | J | T | | | | | |
| 58.   --Pace Sm/Medium co Growth Equity Class P | A | Dividend | J | T | | | | | |
| 59.   --Pace Money Market Investment Fund Class P | A | Dividend | J | T | | | | | |
| 60.   --Pace Global Real Estate Securities Fund Class P | A | Dividend | J | T | | | | | |
| 61.   --Pace International Fixed Income Investment Class P | A | Dividend | J | T | | | | | |
| 62.   --Pace Small/Medium CO Value Equity Investmt Class P | A | Dividend | J | T | | | | | |
| 63.   --Pace Global Fixed Income Investmt Fund Class P | A | Dividend | J | T | | | | | |
| 64.   --Pace High Yield Investmt Class P | A | Dividend | J | T | | | | | |
| 65.   --Pace Intermediate Fixed Income Class P | A | Dividend | J | T | | | | | |
| 66.   --Pace Stategic Fixed Income Fund Class P | A | Dividend | J | T | | | | | |
| 67.   State of Michigan 401k (H) | | | | | | | | | |
| 68.   --SSgA Bond Market Index | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maloney, Paul L.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   --Dodge and Cox Stock Fund | B | Dividend | M | T | | | | | |
| 70.   --American Funds Euro Pacific | B | Dividend | K | T | | | | | |
| 71.   --Pimco Total Return Fund 1 | B | Dividend | K | T | | | | | |
| 72.   --Voya Small Cap Growth | A | Dividend | K | T | | | | | |
| 73.   --Oakmark Equity and Income | A | Dividend | L | T | | | | | |
| 74.   --New Jennison Large Cap Growth | A | Dividend | K | T | | | | | |
| 75.   457 Account (H) | | | | | | | | | |
| 76.   --Nationwide Fixed Acct | B | Int./Div. | L | T | | | | | |
| 77.   --Newberger Genesis Fund TC | A | Dividend | J | T | | | | | |
| 78.   403b Account (H) | | | | | | | | | |
| 79.   --New Perspective Fund A | A | Dividend | J | T | | | | | |
| 80.   --Capital World Growth A | A | Dividend | J | T | | | | | |
| 81.   --US Govt Securities A | A | Dividend | J | T | | | | | |
| 82.   Fifth Third Account | A | Interest | K | T | | | | | |
| 83.   Credit Union Acct 1 | A | Interest | K | T | | | | | |
| 84.   403b(7) Account (H) | | | | | | | | | |
| 85.   --Prudential Total Return Bond A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maloney, Paul L.** | 05/08/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. --JP Morgan Govt Bond A | A | Dividend | J | T | | | | | |
| 87. --American New Perspective Fund R3 | A | Dividend | K | T | | | | | |
| 88. --American Fund Capital World Growth R3 | A | Dividend | K | T | | | | | |
| 89. --American US Govt Securities R3 | A | Dividend | J | T | | | | | |
| 90. Honor Credit Union CD Account (H) | A | Interest | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Maloney, Paul L.** | 05/08/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Paul L. Maloney**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544